USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2019



# THE LAW OFFICES OF
# ALBERT VAN-LARE

**125 Maiden Lane – Suite 510 - New York, NY 10038**
**Tel. 212 608-1400    Fax 877 505-6103**
**Email** vanlareesq@aol.com

November 15, 2019

Honorable Lorna G. Schofield
United States Courthouse
500 Pearl Street
NY NY 10013

> Application GRANTED. The application is untimely but is nevertheless granted. Mediation shall be held by December 2, 2019, and the parties shall file a status letter pursuant to the Court Order at Dkt. No. 43 by December 5, 2019.
>
> Dated: November 18, 2019
>        New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**Re:    IMACULA SURAREDJO v. CITY OF NEW YORK**
**REQUEST TO HOLD MEDIATION NO LATER THAN DECEMBER 2, 2019**
**18 CV 9764 (LGS)**

Dear Judge Schofield:

I represent the Plaintiff in the aforementioned matter, and I write to the Court, with consent of the defendant and the knowledge of the mediator, Frederick Alimonti, Esq., to request approval to hold mediation no later than December 2, 2019 .

Mediation was previously scheduled for November 12, 2019. We were, however, unable to hold mediation on November 12, 2019 because plaintiff who is eight months pregnant was admitted to hospital on October 31, 2019 and required to remain for an indefinite period so her pregnancy complications can be monitored. Because of plaintiff's hospitalization Plaintiff's mediation statement was not submitted to mediator until late on November 8, 2019. The  mediator, Frederick Alimonti,  re Esq., required the statement by November 7, 2019.

 In light of the short business week due to the Veteran's day holiday and inadequate preparation time, the parties and Mr. Alimonti agreed to reschedule as expeditiously as possible, and to this end we propose to hold mediation no later than December 2, 2019. We respectfully request endorsement of this proposal by the court.  The parties also respectfully request that the Court adjourn the deadline for submission of a status report from November 19, 2019 to Monday, December 5, 2019.

Thank you for your attention to this matter.

Respectfully submitted,

_____
Albert Van-Lare