```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
-------------------------------------------------X    ELECTRONICALLY FILED
                                                  :   DOC #:_____
IMACULA SURAREDJO,                                :   DATE FILED: 01/22/2020
                              Plaintiff,          :
                                                  :   18 Civ. 9764 (LGS)
-against-                                         :
                                                  :           ORDER
CITY OF NEW YORK,                                 :
                              Defendant.          :
-------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference was held on October 10, 2019, regarding Defendant's proposed motion for summary judgment. It is hereby

**ORDERED** that Defendant's motion to dismiss the Second Amended Complaint is DENIED as moot, without prejudice to renewal in conjunction with the filing of Defendant's motion for summary judgment.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 26 and 39.

Dated: January 22, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**